OA 91   Criminal Complaint

# United States District Court

_____ NORTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.
DAGOBERTO G. GARCIA

CRIMINAL COMPLAINT

Case Number: 07-70728 WDB

OAKLAND VENUE

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about December 5, 2007 (Date) in Alameda County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)

forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States Postal Service while that employee was engaged in the performance of his official duties, and did possess a loaded firearm, in furtherance of a felony crime of violence, namely, the use and threatened use of physical force against the person of another, namely, the assault of the Postal employee.

in violation of Title __18__ United States Code, Section(s) __111(a)(1) and 924(c)(1)(A)__.

PENALTIES:
18 U.S.C. Sec. 111(a)(1) -- Assault -- 0-8 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment
18 U.S.C. Sec. 924(c)(1)(A) -- Possession of firearm in relationship to a crime of violence: Not less than 5 years imprisonment in addition to the punishment provided for the crime of violence, $250,000 fine, 3 years supervised release, $100 special assessment

I further state that I am a(n) __a United States Postal Inspector__ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form: __STEPHEN G. CORRIGAN__
AUSA

MICHAEL R. MUNIZ
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

12-6-07
Date

at San Francisco, California
City and State

Maria-Elena James, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES DISTRICT COURT       )
                                   )       AFFIDAVIT
NORTHERN DISTRICT OF CALIFORNIA    )

### AFFIDAVIT OF MICHAEL R. MUNIZ

I, Michael R. Muniz, a United States Postal Inspector with the United States Postal Inspection Service, being duly sworn, state as follows:

I.   INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. I am a U.S. Postal Inspector employed by the San Francisco Division of the U.S. Postal Inspection Service. I am sworn and empowered to investigate criminal activity involving the U.S. Postal Service (USPS). I am currently assigned to the Oakland External Crimes Team, which investigates the theft of U.S. mail, identity theft, bank fraud, assaults involving postal employees, robberies of postal employees and facilities, and burglaries of postal facilities. I have been a Postal Inspector since April 2005. Prior to my employment as a Postal Inspector, I was employed as a Postal Police Officer in Denver, Colorado for approximately seven years. During that time my responsibilities included initial investigations of criminal activity involving misdemeanors and felonies as well as patrol duty.

2. I have received formal training at both the US Postal Inspection Service Basic Training Academy in Potomac, Maryland and the Federal Law Enforcement Training Center in Glynco, Georgia. I have received specific training from the Inspection Service in the areas of mail theft, identity theft, and check and credit card fraud. During my employment as a Postal Inspector, I have participated in dozens of investigations involving the theft of mail, identity theft, robberies, check fraud and credit card fraud. I have interviewed witnesses and cooperating individuals regarding mail theft, identity theft, and robberies involving postal employees. I have read numerous reports of other officers. I have been a case agent in charge of specific investigations involving theft of mail, identity theft, check and credit card fraud.

3. I make this affidavit in support of a criminal complaint by the United States of America against Dagoberto Giovanni Garcia (Garcia). As set forth in this affidavit, I have probable cause to believe that Garcia is in violation of Title 18 U.S.C. §§ 111(a)(1), Assaulting, resisting, or impeding a federal employee, and 924(c)(1)(A), possession of a firearm in relation to a crime of violence.

1

II.   FACTS

4.   The facts in this affidavit are known to me as a result of my personal participation in this investigation or were related to me by other law enforcement officers and witnesses, either personally or by their reports.

5.   On December 5, 2007, at approximately 12:00 p.m., USPS employee, Jayson Hilario (Hilario), was delivering mail on the 2100 block of 100th Avenue, Oakland, California dressed in his official USPS uniform, including a light blue shirt and gray slacks. Hilario was approached by an adult male, later identified as Dagoberto Giovanni Garcia (Garcia), and a juvenile male. Garcia walked up to Hilario with his hands in the front pockets of his grey hooded sweatshirt while the juvenile stood nearby. While making furtive gestures with his right hand, suggesting to Hilario that Garcia possessed a weapon in his pocket, either a knife or a gun, Garcia told Hilario "Give me your wallet. Give me your money."

6.   Hilario reported that he feared that Garcia might have a weapon in his pocket. Hilario, whose wallet was not on his person, told Garcia he was not going to give him his money and was going to call the police. Garcia threatened to chase Hilario. Hilario moved his mail bag in a position where it could be used in defense and proceeded to walk away from Garcia. As he walked away from Garcia, Hilario called and reported the attempted robbery to his supervisor who then called 911 and reported the crime to the Oakland Police Department (OPD). Garcia and the juvenile left the area. Once the suspects were at a safe distance, Hilario followed behind them.

7.   When OPD Lieutenant Meeks (Meeks) heard the 911 call, he drove up in a marked patrol vehicle and spotted the two suspects on Bancroft Avenue. Meeks watched as Garcia fled behind a residence at 9820 Bancroft Avenue. Meeks detained the juvenile who had remained on the street.

8.   Hilario arrived at the location where the juvenile was detained and identified the juvenile as having been with Garcia, the suspect who attempted to rob Hilario. The juvenile denied any involvement with the robbery and was then taken into custody on an unrelated warrant. OPD Officer Perez-Angeles, who also responded to the 911 call, arrived at the scene and observed Garcia running

2

through backyards and on rooftops in the area of the reported assault. Officer Perez-Angeles ordered Garcia to stop but Garcia ignored his commands.

9. Several responding Oakland Police Officers and United States Postal Inspectors conducted a search of the area for Garcia. At approximately 1:30 p.m., about 1 and ½ hours after the attempted robbery, Garcia was discovered hiding under a house at 9841 Elmar Street, Oakland, approximately two blocks from the location of the assault. Officer Perez-Angles identified Garcia as the person Perez-Angles had chased through the backyards. Hilario was called to the location and identified Garcia as the person who had attempted to rob him.

10. Following the arrest of Garcia, Officer Perez-Angles spoke with a resident of 9856 Springfield Street, Oakland. Springfield Street runs parallel to and between Bancroft Street and Elmer Street. The resident informed Officer Perez-Angles that he had earlier heard unusual noises from the back of his house and gone outside to identify the source of the noise. The resident looked on the roof of his neighbor's house located at 9862 Springfield Street and spotted a firearm. Officer Perez-Angels recovered the firearm as evidence. The loaded 9 millimeter firearm had a round in the chamber. Officer Perez-Angles reported that the gun was recovered at a location consistent with the path taken by Garcia as he fled from police.

11. Garcia was then placed under arrest and transported to Oakland Police Department for questioning. Garcia was read his Miranda rights, waived his rights and agreed to talk. Garcia denied any involvement with the robbery and stated that although he saw a lot of mail carriers during the day, he never saw the carrier who had identified him as the person who had robbed him.

III. PROBABLE CAUSE STATEMENT

12. Based on my training and experience, as well as the facts presented in this affidavit, I have probable cause to believe that Dagoberto Giovanni Garcia assaulted and threatened USPS employee Jayson Hilario, in violation of Title 18, United States Code, Section 111(a)(1), and possessed a firearm in

//

relation to a crime of violence, that is, the assault, in violation of Title 18, United States Code, Section 924(c)(1)(A).

_____
MICHAEL R. MUNIZ
Postal Inspector

Subscribed to and sworn before me this 6 day of December 2007

_____
MARIA ELENA JAMES
United States Magistrate Judge

4