| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 21 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 12/13/07 10:15:04-10:36:30 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 12/13/07 | NEW CASE ☐ | CASE NUMBER 4-07-70728-WDB |

### APPEARANCES

| DEFENDANT DAGOBERTO G. GARCIA | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Shawn Halbert | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Stephen Corrigan for Daniel Kaleba | INTERPRETER Carole Glasser | Spanish Int for deft's mother) | ☒ FIN. AFFT NOT SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Taifa Gaskins | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG 20 Mins HELD BUT NOT COMPLETED | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING 1 Min. HELD BUT NOT COMPLETED |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED ☐ WAIVER OF INDICTMENT FILED SUBSTANCE |
|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 12/20/07 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☒ FURTHER DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Pending eval. of the deft. by a psychiatrist, the deft's atty. asked the Court to release the deft. to the Halfway House on a lockdown basis - request DENIED. The Court ordered that Pret. Svcs. make arrangements to have the deft. be evaluated by a psychiatrist as soon as possible. Depending on the deft's psychiatrist report, the Court will determine thereafter if the deft. shld. be interviewed by the Coordinator of the Drug Treatment Prog. re: his amenability to inpatient substance abuse treatment. DOCUMENT NUMBER:
Upon the request of the deft's atty., the Court asked the U.S. Marshal to look into the possibility of transferring the deft. from Santa Rita Jail to FCI Dublin.
cc: WDB's Stats, Pretrial Svcs., US Marshal