506 (w)

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 111(a)(1) – Forcible Assault on a Federal Employee in the Performance of Official Duties, a Felony; 18 U.S.C. § 924(c)(1)(A) – Possession and Use of a Firearm in Relation to a Crime of Violence

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
COUNT ONE: 0-8 yrs. imprisonment, $250,000 fine, 3 yrs. supervised release, $100 special assessment. COUNT TWO: Not less than 5 yrs. imprisonment in addition to the punishment provided for the crime of violence, $250,000 fine, 3 yrs. supervised release, $100 special assesment

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

07-70728 WDB

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   STEPHEN G. CORRIGAN, AUSA

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

---- DEFENDANT - U.S. ----
▶ DAGOBERTO G. GARCIA

DISTRICT COURT NUMBER
CR07-0806  CW

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: OAKLAND

CR07-0806 CW

UNITED STATES OF AMERICA,

v.

DAGOBERTO G. GARCIA,

E-filing

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATION: 18 U.S.C. § 111(a)(1) – Forcible Assault on a Federal Employee in the Performance of Official Duties, a Felony;
18 U.S.C. § 924(c)(1)(A) – Possession and Use of a Firearm in Relation to a Crime of Violence

A true bill.

_____
Foreman

Filed in open court this 20th day of December, 2007

_____
Clerk

Bail, $ No process.
12/20/07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**E-filing**

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAGOBERTO G. GARCIA,<br><br>  Defendant. | CR07-0806  CW<br><br>VIOLATIONS: 18 U.S.C. § 111(a)(1) – Forcible Assault on a Federal Employee in the Performance of Official Duties, a Felony; 18 U.S.C. § 924(c)(1)(A) – Possession and Use of a Firearm in Relation to a Crime of Violence<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 111(a)(1))

On December 5, 2007, in the Northern District of California, the defendant,

DAGOBERTO G. GARCIA,

did forcibly assault, oppose, impede, intimidate, and interfere with J. H., an employee of the United States Postal Service, while said employee was engaged in the performance of official duties, namely, the delivery of United States mail, in violation of Title 18, United States Code, Section 111(a)(1).

INDICTMENT

COUNT TWO: (18 U.S.C. § 924(c)(1)(A))

On December 5, 2007, in the Northern District of California, the defendant

DAGOBERTO G. GARCIA,

did knowingly use and carry a firearm, namely, an Interarms, Star Model, 9 millimeter firearm, Serial Number 1533391, loaded with five rounds of ammunition, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States and charged in Count One of this Indictment, and did knowingly possess said firearm in furtherance of the crime of violence charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

DATED: December 20, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Division

(Approved as to form: _____ )
AUSA CORRIGAN

INDICTMENT                                    2