| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 11 Mins | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | REPORTER/FTR<br>FTR: 12/20/07 11:01;01-11:11:20 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>12/20/07 | | NEW CASE ☐ | CASE NUMBER<br>4-07-70728-WDB<br>CR 07-806-CW |

### APPEARANCES

| DEFENDANT<br>DAGOBERTO G. GARCIA | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Shawn Halbert | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Andrew Huang for Daniel Kaleba | | INTERPRETER<br>Angela Zawadski (Spanish Int.) | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☒ PRELIM HRG<br>NOT HELD | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS<br>9 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>NOT HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ FURTHER DETENTION HRG NOT HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING<br>2 Mins HELD |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME |
|---|---|---|---|

FILED
DEC 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH   $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>12/21/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>MARIA-ELENA JAMES | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

CASE ALSO SET NEXT BEF. MAG. JUDGE BRAZIL ON 1/9/08 a: 10:00 a.m. **FOR FURTHER DETENTION HRG.** Pret. Svcs. Officer T. Gaskins said that she spoke with Dr. Richard Chamberlain, psychiatrist, & he has agreed that he will do the psych. evaluation of the deft. Ms. Gaskins will send Dr. Chamberlain the paperwork today so he can schedule the date for the deft's eval. The govt's atty. told Court that the govt. will present an Indictment against the deft. to the Grand Jury sometime today.
cc: WDB's Stats, Brenda Tolbert (via e-mail), Pretrial

DOCUMENT NUMBER: