| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Brenda Tolbert | | | REPORTER/FTR<br>10:20 - 10:23 | |
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | | DATE<br>December 21, 2007 | | | NEW CASE ☐ | CASE NUMBER<br>4-07-70728-WDB |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>DAGOBERTO GARCIA | AGE<br>18 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Shawn Halbert | | PD. ☒   RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Al Sambat | | INTERPRETER<br>Melinda Basker-Spanish | | FIN. AFFT ☐<br>SUBMITTED | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☒ | ARRAIGNMENT NOT HELD | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: | |

| ARRAIGNMENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED | |

**FILED**
DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | | SPECIAL NOTES | | PASSPORT SURRENDERED<br>DATE: |
| ☐ | PROPERTY TO BE POSTED<br>CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ | REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

| PLEA | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TO:<br>12-26-07 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT:<br>9:30 A.M. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☒ | PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON.<br>EDL | ☐ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Did Not Have Indictment to Arraign Deft. OT: 1-9-08 at 10:00 A.M. Before WDB for Det'n Hrg.

BT, PTS, LILI, IVY