BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for DAGOBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00806 CW |
| ) | |
| Plaintiff, ) | DECLARATION OF AFPD SHAWN |
| ) | HALBERT; [PROPOSED] ORDER TO |
| v. ) | BRING DEFENDANT TO U.S. |
| ) | MARSHAL'S OFFICE ON JANUARY |
| DAGOBERTO GARCIA, ) | 16, 2008 FOR INTERVIEW WITH |
| ) | PETER BUDLONG OF NEWBRIDGE |
| Defendant. ) | |
| ) | |

I, Shawn Halbert, declare as follows:

1. I am an Assistant Federal Public Defender and I represent Mr. Garcia.

2. At the last hearing on this case before Your Honor, the Court indicated that it would order Mr. Garcia to be brought by the U.S. Marshal from Santa Rita Jail to the U.S. Marshal's office/lock-up in the federal building in Oakland to be interviewed by Dr. Chamberlain and/or Peter Budlong (of Newbridge), whenever those meetings could be scheduled by U.S. Pretrial Services. The Court indicated that the defense should contact the Court to request an order scheduling those meetings depending on the availability of Dr. Chamberlain and Mr. Budlong. Although the parties did not know it at the January 9 court appearance, Mr. Garcia actually had been interviewed by Dr. Chamberlain the afternoon before, when Dr. Chamberlain made his third attempt to meet with Mr. Garcia at Santa Rita Jail. (Mr. Garcia told me this when I met

1  with him after our court appearance. He said that he did not raise the issue in court because he
2  was somewhat confused about the proceedings).
3  3. U.S. Pretrial Services Officer Taifa Gaskins informed me via a telephone message yesterday,
4  January 14, 2008, that Peter Budlong is available to interview Mr. Garcia on Wednesday,
5  January 16, 2008 at 10:15 a.m. in the U.S. Marshal's office in the Oakland federal building.
6  4. Based on the above, I request that the Court order the U.S. Marshal to bring Mr. Garcia to its
7  office in Oakland on the morning of January 16, 2008 so that Mr. Budlong may meet with Mr.
8  Garcia.
9  5. I returned Ms. Gaskins' telephone message regarding the above yesterday and inquired
10 whether it might be possible for us to return to Court on January 16, 2008, either before or
11 after Mr. Budlong's interview of Mr. Garcia, given that Dr. Chamberlain had estimated that his
12 report would take approximately one week to prepare and more than a week will have passed
13 since the interview. However, Ms. Gaskins and I have not yet spoken in person due to our
14 schedules. It is possible that I will contact the Court to request that the matter be placed on
15 Your Honor's calendar for a special setting tomorrow, if the Court is available, or on some
16 date before the next-scheduled appearance of January 22, 2008, which the Court indicated I
17 should do if the interviews of Mr. Garcia could be completed before then. However, the
18 attached proposed order does not set a court date but simply orders that Mr. Garcia be brought
19 to the U.S. Marshal's office for the purpose of having Mr. Garcia be interviewed by Mr.
20 Budlong.
21 I declare that the foregoing is true and correct to the best of my knowledge.

/S/

_____
Shawn Halbert
Assistant Federal Public Defender

**ORDER**

GOOD CAUSE APPEARING, for the reasons recited above in the Declaration of AFPD Shawn Halbert, IT IS ORDERED that the U.S. Marshal shall bring Dagaberto Garcia to the U.S. Marshal's Office in the Oakland federal building on the morning of January 16, 2008 so that he may be interviewed by Peter Budlong.

DATED: January __, 2008

_____
Wayne D. Brazil
United States Magistrate Court