BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for DAGOBERTO GARCIA

RECEIVED
UNITED STATES MARSHAL
2008 JAN 15 PM 2:18
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAGOBERTO GARCIA,<br><br>Defendant. | No. CR 07-00806 CW<br><br>DECLARATION OF AFPD SHAWN HALBERT; [PROPOSED] ORDER TO BRING DEFENDANT TO U.S. MARSHAL'S OFFICE ON JANUARY 16, 2008 FOR INTERVIEW WITH PETER BUDLONG OF NEWBRIDGE |

I, Shawn Halbert, declare as follows:

1. I am an Assistant Federal Public Defender and I represent Mr. Garcia.

2. At the last hearing on this case before Your Honor, the Court indicated that it would order Mr. Garcia to be brought by the U.S. Marshal from Santa Rita Jail to the U.S. Marshal's office/lock-up in the federal building in Oakland to be interviewed by Dr. Chamberlain and/or Peter Budlong (of Newbridge), whenever those meetings could be scheduled by U.S. Pretrial Services. The Court indicated that the defense should contact the Court to request an order scheduling those meetings depending on the availability of Dr. Chamberlain and Mr. Budlong.

cc: NDB's *Stats*, 2 certified copies to Marshal
Copy to parties via ECF, Sheilah, Pretrial

        Although the parties did not know it at the January 9 court appearance, Mr. Garcia actually had been interviewed by Dr. Chamberlain the afternoon before, when Dr. Chamberlain made his third attempt to meet with Mr. Garcia at Santa Rita Jail. (Mr. Garcia told me this when I met with him after our court appearance. He said that he did not raise the issue in court because he was somewhat confused about the proceedings).

3. U.S. Pretrial Services Officer Taifa Gaskins informed me via a telephone message yesterday, January 14, 2008, that Peter Budlong is available to interview Mr. Garcia on Wednesday, January 16, 2008 at 10:15 a.m. in the U.S. Marshal's office in the Oakland federal building.

4. Based on the above, I request that the Court order the U.S. Marshal to bring Mr. Garcia to its office in Oakland on the morning of January 16, 2008 so that Mr. Budlong may meet with Mr. Garcia.

5. I returned Ms. Gaskins' telephone message regarding the above yesterday and inquired whether it might be possible for us to return to Court on January 16, 2008, either before or after Mr. Budlong's interview of Mr. Garcia, given that Dr. Chamberlain had estimated that his report would take approximately one week to prepare and more than a week will have passed since the interview. However, Ms. Gaskins and I have not yet spoken in person due to our schedules. It is possible that I will contact the Court to request that the matter be placed on Your Honor's calendar for a special setting tomorrow, if the Court is available, or on some date before the next-scheduled appearance of January 22, 2008, which the Court indicated I should do if the interviews of Mr. Garcia could be completed before then. However, the attached proposed order does not set a court date but simply orders that Mr. Garcia be brought to the U.S. Marshal's office for the purpose of having Mr. Garcia be interviewed by Mr. Budlong.

I declare that the foregoing is true and correct to the best of my knowledge.

*[signature]*

Shawn Halbert
Assistant Federal Public Defender

- 2 -

## ORDER

GOOD CAUSE APPEARING, for the reasons recited above in the Declaration of AFPD Shawn Halbert, IT IS ORDERED that the U.S. Marshal shall bring Dagaberto Garcia to the U.S. Marshal's Office in the Oakland federal building on the morning of January 16, 2008 so that he may be interviewed by Peter Budlong.

DATED: January 15, 2008

Wayne D. Brazil
United States Magistrate Court

- 3 -