UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 1/23/08**

**Plaintiff:**  United States

**v.**                                                      **No.**  CR-07-00806 CW

**Defendant:**  Dagoberto G. Garcia (present - in custody)

**Appearances for Plaintiff:**
Daniel Kaleba

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting**

**Notes:**    This was the defendant's first appearance before District Judge.  The defendant is being release from custody after court.  Government is continuing to produce discovery.  If there is no disposition, defense will have motions.  Defense to notice any motions for 3/12/08.  **Case continued to 3/12/08 at 2:30 p.m. for motions or disposition or trial setting.**  Time excluded for effective preparation.

Copies to: Chambers