# UNITED STATES DISTRICT COURT
## for the
## Northern District of California

**FILED**
FEB 4 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

U.S.A. vs. GARCIA, DAGOBERTO          Docket No. CR07-00806 CW

---

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

---

Name of Defendant:         GARCIA, DAGOBERTO

Name of Judicial Officer:  Wayne D. Brazil, U.S. Magistrate Judge

Date of Release:           January 23, 2008

Charged Offense:           Count One: 18 UCS 111(a)(1) - Forcible Assault on a Federal Employee in the Performance of Official Duties (Felony)
Count Two: 18 USC 924(c)(1)(A) - Possess and Use of a Firearm in Relation to a Crime of Violence (Felony)

Release Conditions:        $200,000 bond (unsecured)

Special Conditions:        (1) Report to Pretrial Services as directed; (2) Surrender all passports and not apply for any new passports or travel documents; (3) Travel shall be restricted to Alameda County; (4) Shall not possess any firearm, destructive device, or other dangerous weapon; (5) Shall not change residence without the prior approval of Pretrial Services; (6) Shall refrain from any use of alcohol and shall refrain from any use or unlawful possession of a narcotic drug or other controlled substance without a legal prescription; (7) Shall participate in drug/alcohol/mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services; (8) Shall participate in New Bridge (dual diagnosis inpatient substance abuse treatment program) and may leave the program as directed by Pretrial Services; and (9) Defendant shall be released by the U.S. Marshals on January 23, 2008, in the Oakland Federal Courthouse so the defendant can report to New Bridge treatment program after his court appearance before Judge Wilken.

cc: WDB's Stats, Pretrial, Sheilah, Financial
2 certified copies to Marshal
Copy to parties via ECF

**Petition to the Honorable Wayne D. Brazil, U.S. Magistrate Judge**
**For Arrest Warrant for Defendant Under Pretrial Supervision**

RE: Garcia, Dagoberto　　　　　　　　　　　　　　　　Docket No.: CR00806 CW

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Silvio Lugo, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

1. Defendant Dagoberto GARCIA is charged in an Indictment with violations of 18 USC 111(a)(1) - Forcible Assault on a Federal Employee in the Performance of Official Duties (Felony); and 18 USC 924(c)(1)(A) - Possess and Use of a Firearm in Relation to a Crime of Violence (Felony). He was ordered released on bond on January 22, 2008. The defendant was released from U.S. Marshals' custody on January 23, 2008, and, as ordered by the Court, he entered the New Bridge dual diagnosis inpatient substance abuse treatment program in Berkeley, California, on that same date.

2. On February 4, 2008, Pretrial Services Officer Taifa Gaskins was telephonically notified by Mr. Peter Budlong of New Bridge that defendant GARCIA left the program on February 2, 2008, without prior permission to do so. According to Mr. Budlong, the defendant had not returned to the facility as of February 4, 2008.

3. On February 4, 2008, the undersigned officer spoke to Ms. Suzanne Hicks of New Bridge. Ms. Hicks advised Officer Lugo that defendant GARCIA left their facility between 6:30 PM and 7:00 PM on Saturday, February 2, 2008, without prior notice or permission from staff. Prior to leaving the facility, defendant GARCIA reportedly exhibited erratic behavior. Ms. Hicks further reported that defendant GARCIA had not returned to their facility or contacted the facility since his unauthorized departure. However, Ms. Hicks informed that the defendant's mother, Anne Garcia, contacted the facility on Sunday, February 3, 2008, inquiring as to how to she can pick up the defendant's personal belongings. However, Ms. Garcia has not contacted the facility since that time.

4. On February 4, the undersigned officer attempted to telephonically contact Ms. Anne Garcia without success. However, a voice mail message was left for Ms. Garcia asking her to contact Pretrial Services if she was aware of the defendant's whereabouts. Pretrial Services has yet to receive a response from Ms. Garcia.

**Petition to the Honorable Wayne D. Brazil, U.S. Magistrate Judge**
**For Arrest Warrant for Defendant Under Pretrial Supervision**
**RE: Garcia, Dagoberto**                          **Docket No.: CR00806 CW**

5. Defendant GARCIA has left New Bridge program in Berkeley, California, without the prior permission of Pretrial Services or the Court. Furthermore, defendant GARCIA's current whereabouts are unknown.

Based on the foregoing, there is probable cause to believe that Dagoberto GARCIA violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no-bail warrant for the defendant's arrest.

Respectfully submitted,

Silvio A. Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer
Place: <u>Oakland, California</u>
Date Signed: 2/4/2008

**RE: Garcia, Dagoberto**                                     **Docket No.: CR00806 CW**

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

[X]   The issuance of a no-bail warrant for the defendant's arrest so that he may be brought before the Court to show cause why bail should not be revoked.

[ ]   Other: _____

_2/4/08_
Date

Honorable Wayne D. Brazil
U.S. Magistrate Judge

PS8A: Rev. 3/23/05