**FILED**

FEB 8 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

DAGOBERTO GARCIA,

        Defendant(s).

                       /

No. CR-07-00806-CW

**ORDER RE: BAIL REVOKED, BOND EXONERATED AND DEFENDANT REMANDED TO CUSTODY**

Based on the defendant's stipulation in open court on February 8, 2008 that he had violated the terms and conditions of his pretrial release as set forth on the Pretrial Services's **Petition** filed on February 4, 2008, the Court hereby enters the following orders:

    1.   The defendant's bail is REVOKED;

    2.   The appearance bond issued and filed on January 22, 2008 is EXONERATED;

    3.   The defendant is REMANDED forthwith to custody pending further proceedings, trial, or resolution of this case before the Honorable Claudia Wilken or until further order of this Court. The defendant shall receive credit for time served in custody.

    IT IS SO ORDERED.

Dated: 2/8/08

WAYNE D. BRAZIL
United States Magistrate Judge

cc:  WDB's Stats, Copy to parties via ECF, Sheilah, Financial, Pretrial, Marshal (2 certified copies)

caption.frm

1