UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 3/12/08**

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00806 CW

**Defendant:**  Dagoberto G. Garcia (present - in custody)

**Appearances for Plaintiff:**
Wade Rhyne for Dan Kaleba

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

Hearing:  Motions or Disposition or Trial Setting

**Notes:**   Defense requested case be referred to WDB for appointment of new counsel due to conflict between AFPD and defendant.  **Case continued to 3/13/08 at 10:00 a.m. before WDB for appointment of new counsel, if necessary.  Case continued to 3/26/08 at 2:00 p.m. for disposition or motions setting or trial setting.**  Time excluded for continuity of counsel.

Copies to: Chambers; WDB/Ivy