MICHAEL J. SHEPARD (Bar No. 91281)
NEIL A.F. POPOVIĆ (Bar No. 132403)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant DAGOBERTO G. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>DAGOBERTO G. GARCIA<br><br>                  Defendant. | Case No.: 07-00806 (CW)<br><br>**STIPULATED REQUEST TO CONTINUE HEARING DATE FROM MARCH 26, 2008 TO APRIL 9, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

      The above-captioned matter is set on March 26, 2008 before this Court for motions, trial setting, or disposition. The parties request that the Court continue the hearing to April 9, 2008 at 2:30 p.m. and that the Court exclude time under the Speedy Trial Act between March 26, 2008 and April 9, 2008.

      Undersigned counsel for defendant Dagoberto G. Garcia were appointed pursuant to a substitution of counsel on March 18, 2008. The parties agree that an additional two weeks is warranted to allow new defense counsel to review the discovery, meet with their client, and to prepare effectively for the hearing. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties further stipulate and

Heller Ehrman LLP

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE FROM MARCH 26, 2008 TO APRIL 9, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
CASE NO.: CR 07-00806 (CW)

request that the Court exclude time between March 26, 2008 and April 9, 2008 under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

**IT IS SO STIPULATED.**

Dated: March 24, 2008

/s/
MICHAEL J. SHEPARD
NEIL A.F. POPOVIĆ
Attorneys for Defendant Dagoberto G. Garcia

Dated: March 24, 2008

/s/
DANIEL KALEBA
Assistant United States Attorney

Heller Ehrman LLP

2
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE FROM MARCH 26, 2008 TO APRIL 9, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
CASE NO.: CR 07-00806 (CW)