```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  DANIEL R. KALEBA (CABN 223789)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, California 94612
       Telephone: (510) 637-3680
 7     Facsimile: (510) 637-3724
       E-Mail: daniel.kaleba@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-07-806 CW |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF ASSOCIATION |
| v. | ) OF ATTORNEY |
| | ) |
| DAGOBERTO G. GARCIA, | ) |
| | ) |
| Defendants. | ) |

Please take notice that as of December 21, 2007, the Assistant U.S. Attorney whose name, address and telephone number is listed below is associated as co-counsel for the government.

DANIEL R. KALEBA
Assistant United States Attorney
1301 Clay Street, Suite 340-S
Oakland, CA 94612
(510) 637-3699
(510) 637-3724 - Fax
daniel,kaleba@usdoj.gov - email

DATED: March 25, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

          /s/
_____
DANIEL R. KALEBA
Assistant United States Attorney