UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DAGOBERTO G. GARCIA<br><br>                              Defendant. | Case No.: 07-00806 (CW)<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE FROM MARCH 26, 2008 TO APRIL 9, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AS MODIFIED** |

The parties jointly requested that the hearing in this matter be moved from March 26, 2008 to April 9, 2008, and that time be excluded under the Speedy Trial Act between March 26, 2008 and April 9, 2008, to allow defense counsel time to review the discovery, meet with their client, and to prepare effectively for the hearing taking into account the exercise of due diligence.  Defendant's current counsel were appointed pursuant to a substitution of counsel on March 18, 2008.  For these stated reasons, the

1

court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from March 26, 2008 to April 9, 2008 at **2:00 p.m.**, and that time between March 26, 2008 and April 9, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,

taking into account the exercise of due diligence.

**IT IS SO ORDERED.**

DATED:  March __25__, 2008

_____
THE HON. CLAUDIA WILKEN
United States District Judge

2

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE FROM MARCH 26, 2008 TO APRIL 9, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
CASE NO.: CR 07-00806 (CW)