UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/9/08

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00806 CW

**Defendant:** Dagoberto G. Garcia (present - in custody)

**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Neil A.F. Popovic

**Interpreter:**
not needed

**Probation Officer:**

**Speedy Trial Date:**

   **Hearing:** Disposition or motions setting or trial setting

**Notes:**    Defense counsel has just recently been appointed. Defense counsel is in discussions with government but needs additional time. Defense counsel awaiting discovery re alleged victim and items from personnel file. Defense has made Henthorne request. Defense may be filing motions. Defense is continuing investigation. **Case continued to 4/23/08 at 2:00 p.m. for disposition or motions setting or trial setting.** If no disposition, defense to let Court know on 4/23 if motions will be made and when he will be making motions. If defense counsel will be filing motions, parties can stipulate to briefing schedule and hearing date and vacate 4/23 date. If no motions will be filed, case will be set for trial. Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers