UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/23/08

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00806 CW

**Defendant:** Dagoberto G. Garcia (present - in custody)

**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Neil A. F. Popovic

**Interpreter:**
not needed

**Probation Officer:**


**Speedy Trial Date:**


                    Hearing:  Setting or Disposition

**Notes:**     Parties have been engaging in discussions which will potentially resolve matter.  Defense does not anticipate any motions.
**Case continued to 4/30/08 at 2:00 p.m. for disposition or trial setting.**

Copies to: Chambers