UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 4/30/08

**Plaintiff:**  United States

**v.**                                                    **No.**  CR-07-00806 CW

**Defendant:**  Dagaberto G. Garcia (present - in custody)


**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Neil Popovic

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Change of Plea**

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Count 1 of the Indictment charging Forcible Assault on a Federal Employee in the Performance of Official Duties in violation of 18 USC 111(a)(1).  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 7/9/08 at 2:00 p.m.**

Copies to: Chambers; probation