UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number         CR-07-00806 CW
Defendant's Name    Dagoberto Garcia
Defense Counsel     Neil Popovic
Referral Date       4/30/08
Sentencing Date     7/9/08 ~~7/23/08~~ @ 2:00 pm

FILED
APR 30 2008

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

_X_ Presentence Investigation

___ Pre-Plea Report

___ Bail Investigation

___ Bail Supervision

___ Postsentence Investigation

___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
    Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

cc: U. S. Probation