Dear Judge Wilken

I would like to apologize for what I did. I am glad that I did not touch or harm anybody, and that no one was hurt, but I recognize that it was wrong to scare and threaten the mailman, Mr. Hilario, whether he was hurt or not. I hope that I can use my time in prison to get drug treatment, and that I can get my GED and take some job training, so I can find a good job when I get out.

Sincerely,
Dagoberto Garcia