MICHAEL J. SHEPARD (Bar No. 91281)
NEIL A.F. POPOVIĆ (Bar No. 132403)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant DAGOBERTO G. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAGOBERTO G. GARCIA<br><br>　　　　　　　Defendant. | Case No.: 07-00806 (CW)<br><br>**PROOF OF SERVICE BY FACSIMILE OF SENTENCING MEMORANDUM**<br><br>Date: July 9, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken |

I, Pam S. Autio, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office. At the time of transmission I was at least eighteen years of age and not a party to this action.

On July 2, 2008, at approximately 3:30 pm, by use of facsimile machine, I served a copy of the within document(s):

**SENTENCING MEMORANDUM**

on the following interested parties in the within action by transmitting by facsimile machine to the following:

1

PROOF OF SERVICE BY FACSIMILE
CASE NO.: CR 07-00806 (CW)

| | |
|---|---|
| Name: Sara Black, United States Probation Officer | Facsimile Number: 510-637-3625 |

The facsimile machine that I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on July 2, 2008 at San Francisco, California.

_____
Pam S. Autio

SF 1471456 v1
7/2/08 3:13 PM (95035.0024)

Heller Ehrman LLP

2

PROOF OF SERVICE BY FACSIMILE
CASE NO.: CR 07-00806 (CW)

TRANSMISSION VERIFICATION REPORT

```
                                              TIME : 07/02/2008 15:27
                                              NAME :
                                              FAX  :
                                              TEL  :
```

```
DATE,TIME            07/02  15:24
FAX NO./NAME         2096#95035#0024#15106373625#
DURATION             00:02:27
PAGE(S)              09
RESULT               OK
MODE                 STANDARD
                     ECM
```

# HellerEhrman LLP

**Facsimile Transmittal**

333 Bush Street
San Francisco, CA 94104-2878
Main: +1 (415) 772-6000
Fax: +1 (415) 772-6268

| | | | |
|---|---|---|---|
| **To:** | Sara Black, United States Probation Officer | | |
| **Telephone:** | 510-637-3598 | **Fax:** | 510-637-3625 |
| **From:** | Neil A.F. Popovic | | |
| **Telephone:** | +1 (415) 772-6245 | | |
| **Direct Fax:** | +1 (415) 772-1745 | | |
| **No. of Pages:** | 9 (including cover) | | |
| **Date:** | July 2, 2008 | | 95035.0024 (1344) |

**Message:**

SF 1471475 v1
7/2/08 3:12 PM (95035.0024)