UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Raynee Mercado
Date: 7/9/08

Plaintiff: United States

v.                                            No. CR-07-00806 CW

Defendant: Dagoberto G. Garcia (present - in custody)

Appearances for Plaintiff:
Steve Corrigan

Appearances for Defendant:
Neil Popovic

Probation Officer:
Connie Cook for Sara Black

Hearing: Sentencing

Notes: Defendant and counsel have read PSR; Defense contests a portion of narrative in recommendation. P/O to strike portion as stated on record. Court finds Offense Level 18, Criminal History III, leading to a Guideline Range of 33 - 41 months. Based on binding plea agreement, the Court sentences the defendant to 41 months custody to be followed by to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed due to lack of ability to pay a fine.
Defendant to pay $100 special assessment which may be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Court will recommend participation in a residential drug program, assistance with GED, and placement at a facility close to the Bay Area. Any remaining counts are dismissed. Defendant remanded to the custody of the U.S. Marshal. See J&C for details.

Copies to: Chambers