IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGOBERTO GARCIA,<br><br>      Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent.<br>_____/ | No. C 11-03647 CW<br>    CR 07-00806 CW<br><br>ORDER TO SHOW<br>CAUSE REGARDING<br>CLAIM OF "FACING<br>EXCESSIVE AMOUNT<br>OF TIME" |

    Movant Dagoberto Garcia, a federal inmate at the Federal Detention Center in Dublin, California, has filed a document entitled, "petitioner for writ of habeas corpus," in criminal cases CR 07-0806 CW and CR 11-0062 SBA.  The undersigned judge has presided over Movant's first case, CR 07-0806 CW, and can render a ruling on issues relating to that case only.  Movant must litigate his claims regarding case number CR 11-0062 SBA in that case which is presided over by another judge of this Court.

    The claim that applies to case number CR 07-0806 CW is that Movant was improperly charged under category 3 on his first offense and, as a result, he "is now facing an excessive amount of time." Movant asserts that this violates his rights under the Sixth, Eighth and Fourteenth Amendments.  The Court construes this as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his

sentence. Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

2. Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3. If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

4. As stated previously, Movant must litigate all claims relating to case number CR 11-0062 SBA in that case.

IT IS SO ORDERED.

Dated: 8/1/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAGOBERTO GARCIA,

        Plaintiff,

  v.

UNITED STATES OF AMERICA et al,

        Defendant.

Case Number: CV11-03647 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dagoberto Garcia 90417-111
Federal Detention Center
5675 8th Street
Dublin, CA 94568

Dated: August 1, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3