IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAGOBERTO GARCIA,

      Movant,

    v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

No.  CR 07-0806 CW

ORDER DENYING MOTION
FOR RELIEF UNDER 28
U.S.C. § 2255
(Docket No. 86)

Movant Dagoberto Garcia, proceeding pro se, has filed a "Motion to Prove Sixth Amendment Violations in Sentencing."  The Court construes the motion as a motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.  This is the second § 2255 motion that Movant has filed.  The previous motion was denied by the Court in an order dated April 10, 2013.

Under § 2255(h):

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain--

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense;  or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255(h).

1    This motion is Movant's second motion under § 2255, and it

2 has not been certified by a panel of the Ninth Circuit.

3    Accordingly, the motion is DISMISSED.

4    IT IS SO ORDERED.

5

6 Dated: 11/27/2013

7                                        CLAUDIA WILKEN
                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2